# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0728
LT Case No. 2008-CF-016758-B

_____

GEORGE PUGH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

George Pugh, East Palatka, pro se.

No Appearance for Appellee.

August 29, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____